467 A.2d 394

SEPTA, Appellant v. PSTC et al.
Reargument Denied Nov. 18, 1983.
Petition for Allowance of Appeal
Denied Mar. 15, 1984.

616

Argued May 3, 1983.  Richard L. Bazelon, for appellant;  David Gordon Blake, for appellees. Before CERCONE, P.J., McEWEN and HOFFMAN, JJ. The judgment of the lower court is affirmed.